IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br> vs.<br><br>Eric Mata,<br><br>    Defendant. | Case No. CR-24-02064-PHX-JJT<br><br>**ORDER** |

  The Court having reviewed the United States of America's motion to dismiss the Petition to Revoke Supervised Release in the above-captioned case as to Eric Mata,

  **IT IS ORDERED** granting the Motion to Dismiss Petition to Revoke Supervised Release (Doc. 65),

  **IT IS FURTHER ORDERED** that the Petition in this matter is **DISMISSED WITHOUT PREJUDICE**, and that the defendant shall remain under the release conditions previously imposed.

  IT IS FURTHER ORDERED vacating the Admit/Deny Hearing set for February 26, 2026, before Magistrate Judge John Z. Boyle.

  The Court finds excludable delay under 18 U.S.C. § 3161 (h)(7) from ____ to ____.

  Dated this 29th day of January, 2026.

                   _____
                   Honorable Michael T. Morrissey
                   United States Magistrate Judge